1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANTHONY PAUL ROUGEAU,<br><br>    Defendant. | CASE: 6:11-MJ-00161-MJS<br><br>STIPULATION TO WAIVE TIME FOR SPEEDY TRIAL THROUGH MARCH 21, 2012; AND ORDER THEREON<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Anthony Paul Rougeau, and his attorney of record, Carol Moses, that the time for speedy trial purposes be waived in the above-captioned matter through the date of the status conference currently set for March 21, 2012, at 10:00 a.m.

Dated: March 8, 2012           /s/ Susan St. Vincent
                                         Susan St. Vincent
                                         Acting Legal Officer for
                                         National Park Service

Dated: March 8, 2012           /s/*Carol Moses*
                                           Carol Moses
                                         Attorney for
                                         Anthony Paul Rougeau

\*\*\* ORDER \*\*\*

The Court, having reviewed the above request to waive time for speedy trial purposes through the date of the status conference currently scheduled for March 21, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

Time for speedy trial purposes is waived through March 21, 2012.

IT IS SO ORDERED.

Dated: March 13, 2012        /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE